1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  LAURA MYERS, IL Bar #6338417
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   LUKE MARTIN MCGREAL
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:25-cr-00175-JLT-SKO
12 |         Plaintiff, | **STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET FOR JURY TRIAL;**
13 | vs. | Date:   November 18, 2025
14 | LUKE MARTIN MCGREAL, | Time:  8:30 a.m.
15 |         Defendants. | Judge: Hon. Jennifer L. Thurston

16

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Luke Baty, counsel for plaintiff, and Assistant Federal

19 Defender Laura Myers, counsel for Luke Martin McGreal, that the Court may vacate the status

20 conference currently scheduled for October 1, 2025, at 1:00 p.m., and set a jury trial on

21 November 18, 2025, at 8:30 a.m.

22         Mr. McGreal made an initial appearance on the information on September 16, 2025.  At

23 that hearing, Mr. McGreal informed the court that he wished to exercise his right to a speedy

24 trial.  A status conference was set for October 1, 2025, at 1:00 p.m., to allow the parties time to

25 select a trial date.

26         The parties now request that the Court vacate the October 1, 2025, status conference and

27 set a jury trial on November 18, 2025, at 8:30 a.m.

28

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | ERIC GRANT<br>United States Attorney |
| Date: September 29, 2025 | */s/ Luke Baty*<br>LUKE BATY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: September 29, 2025 | */s/ Laura Myers*<br>LAURA MYERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>LUKE MARTIN MCGREAL |

# **O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for October 1, 2025, at 1:00 p.m. is vacated. A jury trial is hereby set on November 18, 2025, at 8:30 a.m. before the Honorable Jennifer L. Thurston.

IT IS SO ORDERED.

Dated: __**September 29, 2025**__    _____*/s/ Sheila K. Oberto*_____
UNITED STATES MAGISTRATE JUDGE