ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>LUKE MARTIN MCGREAL,<br><br>                              Defendant. | CASE NO.  1:25-CR-175-JLT<br><br>STIPULATION AND ORDER TO VACATE TRIAL AND SET A CHANGE OF PLEA AND SENTENCING<br><br>DATE: November 18, 2025<br>TIME: 8:30 A.M.<br>COURT: Jennifer L. Thurston |

**JOINT STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      Mr. McGreal is charged by information with a violation of 18 USC 113(a)(4), a Class A misdemeanor, and two Class B misdemeanors under the Code of Federal Regulations,

2.      By previous order, this the above matter was set for a trial on November 18, 2025.

3.      The government and the Defendant have reached a plea agreement. A copy of the signed plea agreement has been filed in EFC at Docket #18.

4.      The parties desire to vacate the trial currently set for November 18, 2025 and conduct a Change of Plea and Sentencing hearing on November 10, 2025.

5.      By this stipulation, initiated by both parties jointly, the parties stipulate that the November 18. 2025 trial may be vacated, and a Change of Plea and Sentencing Hearing may be set on November 10, 2025, at 8:30 AM.

1

6.      At this time, there is no agreed waiver of time under the Speedy Trial Act.

IT IS SO STIPULATED.

///

///

Dated:  October 31, 2025                    ERIC GRANT
                                            United States Attorney


                                            /s/ LUKE BATY
                                            LUKE BATY
                                            Assistant United States Attorney


Dated:  October 31, 2025                    /s/ LAURA MYERS
                                            LAURA MYERS
                                            Counsel for Defendant
                                            LUKE MARTIN MCGREAL

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the November 18, 2025 Trial be vacated and a Change of Plea and Sentencing Hearing be set for November 10, 2025 at 9:00 AM.

IT IS SO ORDERED.

Dated:   **November 1, 2025**

UNITED STATES DISTRICT JUDGE

3