HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
LUKE MCGREAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>vs.<br>LUKE MCGREAL,<br>*Defendant.* | Case No. 1:25-cr-00175-JLT<br><br>ORDER FOR RELEASE |

On August 6, 2026, the Court sentenced the defendant to a term of custody of time served. Accordingly, IT IS HEREBY ORDERED that defendant Luke McGreal (USMS No. 06526-512) shall be immediately released.

IT IS SO ORDERED.

Dated: **August 6, 2026**

UNITED STATES MAGISTRATE JUDGE